| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RICHARD CRUZ, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:04-CV-305
§
DERICK WILSON, *et al.,* §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Richard Cruz, an inmate confined at the federal prison in Beaumont, Texas, proceeding *pro se*, brought this civil action against Derick Wilson and the United States of America.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the case.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such order (#18 and #37), along with the record, pleadings and all available evidence. No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the reports of the magistrate judge are **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 7th day of March, 2006.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE